UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILBERT STANLEY,

                      Plaintiff,

       -against-

THOMAS GRIFFIN, *et al.*,

                     Defendants.

19-CV-5101 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

      Plaintiff brings this *pro se* action under 42 U.S.C. § 1983.  By order dated June 6, 2019, the Court ordered that the United States Marshals Service ("USMS") serve the Defendants. (ECF No. 6.)  USMS attempted to do so in 2019, (ECF Nos. 8-25), but was informed that Defendant Jacob N. Himmelstein was no longer employed at Green Haven Correction Facility, (ECF No. 25), and thus was unable to serve him.  The Attorney General has recently advised that Defendant Himmelstein is now again working at Green Haven.  (ECF No. 57.)

      Accordingly, to allow Plaintiff to effect service on Defendant Himmelstein, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for that defendant. The Clerk of Court is further instructed to issue a new summons if necessary, and deliver to the USMS all of the paperwork necessary for the USMS to effect service upon Defendant Himmelstein. The Clerk of Court is also directed to mail a copy of this order to Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 1, 2021
         White Plains, New York

_____
CATHY SEIBEL
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Jacob N. Himmelstein
   Green Haven Correctional Facility
   594 Rt. 216
   Stormville, New York 12582-0010